# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **AUNDRA DEBREL BOYKINS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION NO.:** |
| v. ) | **4:19-CV-1934-ACA** |
| ) | |
| **Jefferson Dunn,** *et al.*, ) | **UNOPPOSED** |
| ) | |
| **Defendants.** ) | |

## ATTACHMENT 1

COMES NOW the Defendant, Marc Walker, by and through undersigned counsel, and in support of their Motion for Summary Judgment, offer the anticipated exhibits that will be utilized in support of Walker's motion for summary judgment:

a.  Deposition of Plaintiff, Aundra Debrel Boykins;

b.  Deposition of Defendant, Marc Walker;

c.  Deposition inmate Cortez Whittington; and

d.  Deposition of Joseph Rion.

        Respectfully submitted,

        STEVE MARSHALL
        ATTORNEY GENERAL

        /s/ *Benjamin H. Albritton*
        Benjamin H. Albritton (ASB-0993-R67B)
        *Assistant Attorney General*
        *Attorney for Defendant Walker*

Office of the Attorney General
501 Washington Avenue
Montgomery, Alabama 36130-0152
334-242-7300 (T)
334-353-8400 (F)
Ben.Albritton@AlabamaAG.gov

## CERTIFICATE OF SERVICE

I hereby certify that I have on February 9, 2023, filed the foregoing with the Clerk of the Court, using the CM/ECF filing system which will send notification of the same to all counsel of record.

/s/ *Benjamin H. Albritton*
Benjamin H. Albritton
*Assistant Attorney General*