UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| AUNDRA DEBREL BOYKINS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JEFFERSON DUNN, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 4:19-cv-01934-ACA |

## **UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES**

Plaintiff Aundra Debrel Boykins respectfully requests leave of the Court to file a brief in opposition to the summary judgment brief of Defendants John Hamm, Guy Noe, and Dewayne Estes (the "Correctional Officials") not to exceed fifty (50) pages.  As grounds for and in support of this motion, Plaintiff states as follows:

1. On January 30, 2023, the Court granted the Correctional Officials' unopposed motion for leave to file excess pages.  The Court permitted the Correctional Officials to file a brief in support of their motion for summary judgment not to exceed fifty (50) pages.  *See* Doc. No. 124.

2. The Correctional Officials filed their consolidated brief in support of their motion for summary judgment on February 20, 2023.  Doc. No. 145.

3. Under the Court's Order dated February 17, 2023, Plaintiff must serve by e-mail his response brief and proposed evidentiary submissions on March 20, 2023. Doc. No. 144. Plaintiff will have two days after the Court rules on the motion to seal to file his response brief with the Court. *Id.*

4. Under Appendix II of the Court's original Scheduling Order, response briefs to a motion for summary judgment are limited to thirty-five (35) pages. Doc. No. 69.

5. Plaintiff believes that, in light of the length and substance of the Correctional Officials' consolidated initial brief, as well as the extensive discovery produced during this action, an additional fifteen (15) pages for his response brief is reasonable and appropriate.

6. Plaintiff contacted counsel for the Correctional Officials, and the Correctional Officials do not oppose this motion.

WHEREFORE, based on the foregoing, Plaintiff respectfully requests that this Court enter an order enlarging the page limitation for his response brief to the Correctional Officials' motion for summary judgment to fifty (50) pages, exclusive of the table of contents, table of authorities, and certificate of service.

Dated: March 10, 2023

        /s/ Jennifer S. Garrett
        Jennifer S. Garrett (*admitted pro hac vice*)
        Madeleine Freeman (*admitted pro hac vice*)
        **AKIN GUMP STRAUSS HAUER & FELD LLP**

One Bryant Park
New York, NY 10036
Telephone: (212) 872-1065
Fax: (212) 872-1002
jgarrett@akingump.com
mfreeman@akingump.com

J.S. "Chris" Christie, Jr. (ASB-3162-H07J)
R. Terrell Blakesleay (ASB-5910-B00U)
**DENTONS SIROTE PC**
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel: (205) 930-5100
Fax: (205) 930-5101
chris.christie@dentons.com
terrell.blakesleay@dentons.com

Hyongsoon Kim (*admitted pro hac vice*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
4 Park Plaza, Suite 1900
Irvine, CA 92614-2585
Tel: (949) 885-4100
Fax: (949) 885-4101
kimh@akingump.com

Molly E. Whitman (*admitted pro hac vice*)
Brett M. Manisco (*admitted pro hac vice*)
Jessica Ro (*admitted pro hac vice*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067-6022
Tel: (310) 229-1000
Fax: (310) 229-1001
mwhitman@akingump.com
bmanisco@akingump.com
jro@akingump.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of March, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

/s/ *Jennifer S. Garrett*